The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRON McGLOTHIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CTI BIOPHARMA CORP., JAMES A. BIANCO, and LOUIS A. BIANCO,

Defendants.

No. 2:16-cv-00216-TSZ

**CLASS ACTION**

**[PROPOSED] ORDER GRANTING MOTION OF DAFNA LIFESCIENCE, LP AND DAFNA LIFESCIENCE SELECT, LP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

NOTE ON MOTION CALENDAR:
April 29, 2016

ORAL ARGUMENT REQUESTED

[PROPOSED] ORDER GRANTING MOTION FOR
APPT. OF LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL
(Case No. 2:16-cv-00216-TSZ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Having considered the motion to appoint DAFNA LifeScience, LP and DAFNA LifeScience Select, LP (the "DAFNA Funds" or "DAFNA") as Lead Plaintiff and to approve its selection of Lead Counsel pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Action of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B),

**IT IS HEREBY ORDERED THAT**:

1.    DAFNA's Motion is **GRANTED**.

2.    DAFNA is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3.    DAFNA's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5.    This action shall be captioned "*In re CTI BioPharma Corp. Securities Litigation*" and the file shall be maintained under Master File No. 2:16-cv-00216-TSZ.

**IT IS SO ORDERED**.

Dated: _____, 2016

_____
HON. THOMAS S. ZILLY
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
APPT. OF LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL                     -1-
(Case No. 2:16-cv-00216-TSZ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Presented by:

Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
rtownsend@bjtlegal.com

*Local Counsel for Proposed Lead Plaintiff DAFNA*

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
David R. Stickney (*pro hac vice* application to follow)
Rachel Felong (*pro hac vice* application to follow)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
rachel.felong@blbglaw.com

*Counsel for Proposed Lead Plaintiff DAFNA*
*and Proposed Lead Counsel for the Class*

[PROPOSED] ORDER GRANTING MOTION FOR
APPT. OF LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL                          -2-
(Case No. 2:16-cv-00216-TSZ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660