The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRON McGLOTHIN, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>CTI BIOPHARMA CORP., JAMES A. BIANCO, and LOUIS A. BIANCO,<br><br>               Defendants. | No. 2:16-cv-00216-TSZ<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF MOTION OF DAFNA LIFESCIENCE, LP AND DAFNA LIFESCIENCE SELECT, LP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>NOTE ON MOTION CALENDAR: April 29, 2016<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF DAVID R. STICKNEY ISO
MOTION FOR APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF
LEAD COUNSEL
Case No. 2:16-cv-00216-TSZ

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

I, David R. Stickney, declare as follows:

1.    I am a member in good standing of the bar of the State of California.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the Motion filed by DAFNA LifeScience, LP and DAFNA LifeScience Select, LP (the "DAFNA Funds" or "DAFNA") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:    Certification of DAFNA;

EXHIBIT B:    Chart of transactions and losses of DAFNA;

EXHIBIT C:    Notice of pendency of *McGlothin v. CTI BioPharma, Corp. et al*, No. 2:16-cv-00216 (W.D. Wash. Feb. 12, 2016), published February 12, 2016;

EXHIBIT D:    Firm résumé of proposed Lead Counsel, Bernstein Litowitz.

EXHIBIT E:    Order granting preliminary approval of $208.5 million settlement in *In re Washington Mutual Corp., Inc. Securities Litig*., No. 08-md-1919 MJP (W.D. Wash); and

EXHIBIT F:    Firm résumé of Breskin Johnson & Townsend PLLC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: April 11, 2016                    /s/ David R. Stickney
                                         David R. Stickney

DECLARATION OF DAVID R. STICKNEY ISO
MOTION FOR APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF SELECTION                    -1-
OF LEAD COUNSEL
Case No. 2:16-cv-00216-TSZ

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the parties by operation of the Court's ECF system.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

DECLARATION OF DAVID R. STICKNEY ISO
MOTION FOR APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF SELECTION
OF LEAD COUNSEL
Case No. 2:16-cv-00216-TSZ

-2-

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660