# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Howard Nurtman, on behalf of DAFNA LifeScience, LP and DAFNA LifeScience Select, LP (the "DAFNA Funds"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Director of Compliance and Risk Management at DAFNA Capital Management, LLC. I am authorized to sign this certification on behalf of the DAFNA Funds. I have reviewed a complaint filed in this matter. The DAFNA Funds have authorized the filing of this motion for appointment as lead plaintiff.

2. The DAFNA Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. The DAFNA Funds are willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. The DAFNA Funds fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. The DAFNA Funds' transactions in the CTI BioPharma Corp. securities that are the subject of this action are set forth in the chart attached hereto.

5. The DAFNA Funds have not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. The DAFNA Funds will not accept any payment for serving as a representative party on behalf of the Class beyond The DAFNA Funds' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2016.

Howard Nurtman
Director of Compliance and Risk Management
DAFNA Capital Management, LLC