# EXHIBIT B

**The DAFNA Funds**

Loss in CTI BioPharma Corp. (CTIC)

CUSIP# 12648L106

Class period: 03/04/14 - 02/09/16

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DAFNA LifeScience, LP** | | | | | | | | | |
| | | | | | Sale | 12/9/2014 | (14,000) | 2.5022 | ($35,030.80) |
| | | | | | Sale | 12/19/2014 | (28,000) | 2.5000 | ($70,000.00) |
| | | | | | Sale | 1/13/2015 | (7,000) | 2.5085 | ($17,559.50) |
| | | | | | Sale | 3/9/2015 | (789,000) | 2.8752 | ($2,268,532.80) |
| | | | | | Sale | 5/28/2015 | (26,200) | 1.9348 | ($50,691.76) |
| | | | | | Sale | 5/29/2015 | (393,627) | 1.8999 | ($747,851.94) |
| | | | | | Sale | 10/27/2015 | (1,000) | 1.5000 | ($1,500.00) |
| | | | | | Sale | 12/18/2015 | (800) | 1.2500 | ($1,000.00) |
| | | | | | Sale | 12/21/2015 | (60,000) | 1.2527 | ($75,162.00) |
| | | | | | Sale | 12/24/2015 | (17,000) | 1.3000 | ($22,100.00) |
| | | | | | Sale | 12/28/2015 | (60,000) | 1.3163 | ($78,978.00) |
| Purchase(1) | 11/7/2014 | 838,000 | 2.0000 | $1,676,000.00 | Sale | 1/5/2016 | (30,000) | 1.3100 | ($39,300.00) |
| Purchase | 4/2/2015 | 115,027 | 1.8928 | $217,723.11 | Sale(4) | 2/10/2016 | (333,000) | 0.3000 | ($99,900.00) |
| Purchase | 4/6/2015 | 178,900 | 1.8869 | $337,566.41 | Sale(4) | 2/10/2016 | (962,000) | 0.3006 | ($289,177.20) |
| Purchase | 4/7/2015 | 119,500 | 1.9083 | $228,041.85 | Sale(4) | 2/11/2016 | (50,000) | 0.3346 | ($16,730.00) |
| Purchase | 4/9/2015 | 6,400 | 1.8900 | $12,096.00 | Sale(4) | 2/12/2016 | (9,000) | 0.3400 | ($3,060.00) |
| Purchase(2) | 10/27/2015 | 960,000 | 1.2500 | $1,200,000.00 | Sale(4) | 2/16/2016 | (271,000) | 0.4112 | ($111,435.20) |
| Purchase(3) | 12/4/2015 | 1,110,000 | 1.1000 | $1,221,000.00 | Sale(4) | 2/17/2016 | (276,200) | 0.4840 | ($133,680.80) |
| | | 3,327,827 | | $4,892,427.37 | | | (3,327,827) | | ($4,061,690.00) |
| | | | | | | **DAFNA LifeScience, LP Loss** | | | **($830,737.37)** |
| **DAFNA LifeScience Select, LP** | | | | | | | | | |
| | | | | | Sale | 12/9/2014 | (9,200) | 2.5022 | ($23,020.24) |
| | | | | | Sale | 12/19/2014 | (18,000) | 2.5000 | ($45,000.00) |
| | | | | | Sale | 1/13/2015 | (4,500) | 2.5085 | ($11,288.25) |
| | | | | | Sale | 3/9/2015 | (505,300) | 2.8752 | ($1,452,838.56) |
| | | | | | Sale | 5/28/2015 | (17,615) | 1.9348 | ($34,081.50) |
| | | | | | Sale | 5/29/2015 | (275,358) | 1.8999 | ($523,152.66) |
| | | | | | Sale | 10/27/2015 | (1,000) | 1.5000 | ($1,500.00) |
| | | | | | Sale | 12/18/2015 | (500) | 1.2500 | ($625.00) |
| | | | | | Sale | 12/21/2015 | (40,000) | 1.2527 | ($50,108.00) |
| | | | | | Sale | 12/24/2015 | (7,500) | 1.3000 | ($9,750.00) |
| | | | | | Sale | 12/28/2015 | (35,000) | 1.3163 | ($46,070.50) |
| | | | | | Sale | 1/5/2016 | (17,854) | 1.3100 | ($23,388.74) |

**The DAFNA Funds**

Loss in CTI BioPharma Corp. (CTIC)
CUSIP# 12648L106
Class period: 03/04/14 - 02/09/16

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase(1) | 11/7/2014 | 537,000 | 2.0000 | $1,074,000.00 | Sale | 2/8/2016 | (400) | 0.8000 | ($320.00) |
| Purchase | 4/2/2015 | 80,565 | 1.8928 | $152,493.43 | Sale(4) | 2/10/2016 | (217,000) | 0.2841 | ($61,649.70) |
| Purchase | 4/6/2015 | 124,508 | 1.8869 | $234,934.15 | Sale(4) | 2/10/2016 | (628,000) | 0.3006 | ($188,776.80) |
| Purchase | 4/7/2015 | 83,400 | 1.9083 | $159,152.22 | Sale(4) | 2/11/2016 | (26,500) | 0.3346 | ($8,866.90) |
| Purchase | 4/9/2015 | 4,500 | 1.8900 | $8,505.00 | Sale(4) | 2/12/2016 | (6,151) | 0.3400 | ($2,091.34) |
| Purchase(2) | 10/27/2015 | 640,000 | 1.2500 | $800,000.00 | Sale(4) | 2/16/2016 | (182,860) | 0.4112 | ($75,192.03) |
| Purchase(3) | 12/4/2015 | 708,181 | 1.1000 | $778,999.10 | Sale(4) | 2/17/2016 | (185,416) | 0.4840 | ($89,741.34) |
| | | 2,178,154 | | $3,208,083.90 | | | (2,178,154) | | ($2,647,461.57) |

**DAFNA LifeScience Select, LP Loss**     **($560,622.33)**

**The DAFNA Funds Total Loss**     **($1,391,359.69)**

*(1) The DAFNA Funds bought shares of Series 21 Preferred Stock, offered at a price to the public of $1,000 per share of Series 21 Preferred Stock, convertible at any time into 500 shares of common stock at a conversion price of $2.00 per share of common stock. This security was converted on 11/7/2014 into shares of common stock.*

*(2) The DAFNA Funds bought shares of Series N-1 Preferred Stock, offered at a price to the public of $1,000 per share of Series N-1 Preferred Stock, convertible at any time into 800 shares of common stock at a conversion price of $1.25 per share of common stock. This security was converted on 10/27/2015 into shares of common stock.*

*(3) The DAFNA Funds bought shares of Series N-2 Preferred Stock, offered at a price to the public of $1,000 per share of Series N-2 Preferred Stock, convertible at any time, subject to certain limitations, into shares of common stock at a conversion price of $1.10 per share of common stock. This security was converted on 12/4/2015 into shares of common stock.*

*(4) Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*