# EXHIBIT C

download
Wire: GlobeNewswire, Inc. (PZM) Date: Feb 12 2016  16:12:03
SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class  Action
Against CTI BioPharma Corp. and Certain Officers

SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action
Against CTI BioPharma Corp. and Certain Officers – CTIC

NEW YORK, Feb.  12, 2016 (GLOBE  NEWSWIRE) -- Pomerantz  LLP announces that  a
class action  lawsuit  has  been  filed  against  CTI  BioPharma  Corp.  ("CTI
BioPharma" or the "Company")  (NASDAQ:CTIC) and certain  of its officers.  The
class action,  filed in  United  States District  Court, Western  District  of
Washington, and docketed under 16-cv-00216, is on behalf of a class consisting
of all  persons  or  entities  who purchased  CTI  BioPharma  securities:  (1)
pursuant  and/or  traceable  to  the  Company's  Registration  Statement   and
Prospectus (collectively, the "Registration  Statement") issued in  connection
with the  Company's  public offering  on  or  about September  24,  2015  (the
"Offering"); and/or (2) between March 4, 2014 and February 9, 2016,  inclusive
(the "Class  Period"). This  class  action seeks  to recover  damages  against
Defendants for alleged  violations of  the federal securities  laws under  the
Securities Exchange Act of 1934 (the "Exchange Act").

If you are  a shareholder who  purchased CTI BioPharma  securities during  the
Class Period, you have until April 11, 2016 to ask the Court to appoint you as
Lead Plaintiff for  the class.  A  copy of  the Complaint can  be obtained  at
www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby  at
rswilloughby@pomlaw.com or  888.476.6529 (or  888.4-POMLAW), toll  free,  ext.
9980. Those who  inquire by  e-mail are  encouraged to  include their  mailing
address, telephone number, and number of shares purchased.

CTI BioPharma is a biopharmaceutical  company which provides medical  research
services, and develops clinical treatment  and drugs for various cancers.  One
of the Company's most advanced  pipeline products was pacritinib, a  treatment
for myleofibrosis.

On September 24, 2015, CTI BioPharma priced an offering of 10,000,000  shares,
at a price of $1.57 per share.

The Complaint alleges that throughout the Class Period, Defendants made  false
and/or misleading statements, as well  as failed to disclose material  adverse
facts about the Company's  business, operations, and prospects.  Specifically,
Defendants made false and/or misleading statements and/or failed to  disclose:
(1) that  pacritinib was  attributed as  a potential  cause in  the death  and
injuries of several patients;  (2) that the  Company's clinical trials  showed
the dangers of pacritinib usage; (3)  that the Company's new drug  application
for pacritinib would  likely be withdrawn;  (4) that, as  such, the  Company's
future revenues were impaired; (5)  that the Company lacked adequate  internal
controls; and (6) that, as a result of the foregoing, the Company's  financial
statements  and  Defendants'  statements   about  CTI  BioPharma's   business,
operations, and  prospects,  were  materially  false  and  misleading  at  all
relevant times.

On February 8, 2016,  CTI BioPharma issued a  press release announcing that  a
partial clinical hold has been  placed on pacritinib by the U.S. Food and  Drug
administration ("FDA"). Under the FDA's  clinical hold, the Company, "may  not
enroll new patients or start pacritinib as an initial or crossover  treatment,
and (ii) patients  on  pacritinib not deriving  benefit after  30-weeks  of
pacritinib treatment should  stop pacritinib." The  Company further  disclosed
that, "[i]n  its written  notification,  the FDA  cited  the reasons  for  the
partial clinical  hold were  that  it  identified  the  following  fatal  and
life-threatening safety issues in pacritinib-treated patients: heart  failure,
hemorrhage including intracranial hemorrhage, and arrhythmias including sudden
death, and  the FDA  has  also noted  excess mortality  in  pacritinib-treated
patients  compared  to  the  control  arm  in  the  PERSIST-1  clinical  trial

download
evaluating pacritinib."

On this news, shares of CTI BioPharma declined $0.68 per share, or over 60% to close at $0.44 on February 8, 2016, on unusually heavy volume.

On February 9, 2016, the Company issued a press release announcing that the FDA had placed a full clinical hold on pacritinib.

On this news the Company's shares fell over 40% during intraday trading on February 10, 2016, on unusually heavy volume of over 15 million shares.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

-0- Feb/12/2016 21:12 GMT

--------------------------------=================================--------------------------------
Copyright (c) 2016

############################# END OF STORY 1 #############################

Page 2