# EXHIBIT F

BRESKIN | JOHNSON | TOWNSEND PLLC

**OUR FIRM**

Breskin Johnson & Townsend PLLC was founded in 2007 and represents employees, consumers, and business owners in a variety of legal matters.  Breskin Johnson & Townsend PLLC has been appointed class counsel in dozens of cases in state and federal courts in Washington and around the country.

**CLASS ACTION LITIGATION**

We have represented classes of hundreds, thousands, and even millions of individuals and small businesses in order to challenge widespread deceptive and unlawful practices. We have worked with state attorneys general, other law firms, and consumer advocates in the pursuit of our clients' claims.  Below is a sampling of class action lawsuits which were tried or resolved favorably for the class:

*In re: WSB Financial Group Securities Litigation*. Federal securities law class action against WSB Financial Group relating to its misrepresentations and disclosures in SEC filings about its initial public offering.

*Hill v. Garda CL Northwest*. Armored car drivers in Washington challenge Garda's break and wage practices.

*Sump v. Affiliated Computer Services, Inc*. Class action by Washington state customer service representatives paid under ACS's "Activity Based Compensation" or "ABC" pay plan, which they claim is deceptive and violates Washington wage laws.

*Barker v. Skype*. Reached nationwide settlement in federal lawsuit against Skype, for alleged violations of state laws due to Skype's policy of expiring consumer credits. Settlement includes refunding expired customer credits and a nationwide practice change.

*Volkswagen Motor Company*. Class Action filed by owners of 1999 and 2000 model year Volkswagens with a diesel (TDI) engine for defects to the intake manifold.

*MySpine, PS v. Allstate Insurance*. Washington class actions for failure to pay all reasonable and necessary medical expenses under an Allstate PIP insurance policy. Preliminary Approval Granted.

*MySpine, PS v. Hartford Insurance*. Washington class actions for failure to pay all reasonable and necessary medical expenses under a Hartford PIP insurance policy. Preliminary Approval

Granted. *Randolph v. AT&T Wireless / Schnall v. AT&T Wireless*. California and national class actions by AT&T Wireless subscribers challenging ATT's practice of adding undisclosed "universal connectivity" charges to monthly price of service.

*Udlinek v. AT&T Wireless*. Washington consumers challenging "cramming" of unwanted features and charging for calls that were supposed to be free.

*Peck/Bowden v. Cingular / Riensche v. Cingular*. Class actions on behalf of Washington consumers challenging Cingular's practice of billing them an additional fee for its state B&O tax obligations (the so-called "B&O Surcharge").

*Baxter Air, Inc. v. NOS Communications*. Class action by small businesses in Washington who were deceived into purchasing long distance services at inflated prices through "call unit" billing scheme.

*Short v. Sprint*. Action by Washington consumers challenging Sprint's practice of "contract renewal" without their knowledge or consent, to prevent them from switching carriers or require them to pay large Early Termination Fees.

*Hesse/Olson v. Sprint*. Class action by Washington consumers challenging Sprint's practice of billing them an additional fee for its state B&O tax obligations.

*eNIC Shareholders v. Verisign, Inc*., United States District Court, Western District of Washington; obtained summary judgment in favor of Plaintiffs in enforcement action under Earnout Clauses to Merger Agreement.

*Douglas v. Xerox*. Employees across the county challenge Xerox's wage practices.

*MySpine v. USAA*. Washington class action for failure to pay all reasonable and necessary medical expenses under an USAA insurance policy

*Chan v. Liberty Mutual*. Washington class action for failure to pay all reasonable and necessary medical expenses under a Liberty Mutual insurance policy

*Chan v. Safeco*. Washington class action for failure to pay all reasonable and necessary medical expenses under a Safeco  insurance policy

*Folweiler Chiropractic v. FairHealth*. A class action by Washington providers whose bills were improperly reduced based on the FairHealth database.

*Folweiler Chiropractic v. Allstate*. Washington class action for failure to pay all reasonable and necessary medical expenses under an Allstate insurance policy

***Folweiler Chirporactic v. Progressive****.* Washington class action for failure to pay all reasonable and necessary medical expenses under a Progressive insurance policy

***Sonosite, Inc. Shareholder Litigation****.* Federal securities law class action against Sonosite, Inc  Financial Group relating to their breach of fiduciary duties arising out of their attempt to sell the Company to FUJIFILM Holdings Corporation ("Fujifilm") (the "Proposed Transaction"); and Fujifilm and Salmon Acquisition Corporation for aiding and abetting these breaches of fiduciary duties.

***In Re Superclick, Inc. Shareholder Litigation****.* Federal securities law class action against Superclick Board of Directors relating to  their breach of fiduciary duties arising out of their attempt to sell the Company to AT&T Corp. ("AT&T") by means of an unfair process and for an unfair price.

***Daks v. Seabright Holdings, Inc. et al.****.* Federal securities law class action against Seabright Holdings, Inc. relating to its breach of fiduciary duties arising out of their attempt to sell the Company to Enstar by means of an unfair process and for an unfair price.

***In Re Emeritus Corp. Shareholder Litigation****.* Federal securities law class action against Emeritus Board of Directors relating to its for their breach of fiduciary duties arising out of their attempt to sell the Company to Brookdale by means of an unfair process and for an unfair price.

## Breskin Johnson & Townsend Partners

<u>David E. Breskin, Partner</u>
David Breskin provides counseling and litigation services on employment-related matters under federal and state laws, including employment and compensation agreements, wage and hour, labor relations, discrimination and wrongful termination issues. Litigates in state and federal courts and before administrative agencies in employment related and consumer protection act cases. Frequently represents plaintiffs in class action litigation.

Mr. Breskin has been lead counsel in a number of significant cases, including: a 2.3 million judgment in an age discrimination case; a $2.4 million judgment in an employee compensation case; a $3.5 million class action settlement of a sex discrimination case; a $1.1 million class action settlement of a hostile work environment/sex harassment case; a $1.4 million class action settlement of a consumer protect act case; a $1.7

million judgment in a sex discrimination case; a $2.9 million judgment in a disability discrimination and retaliation case.

Mr. Breskin has successfully prosecuted and/or settled actions in the state and federal courts of the states of Washington, California, and New Jersey; and has been licensed to practice law in the State of Washington since 1980. He has been admitted to practice in the Ninth, Third and Federal Courts of Appeal, as well as the federal district courts for the Western and Eastern District of the State of Washington, the Central District of California, the District of Delaware and the District of New Jersey.

Education
- J.D., George Washington University, 1979
- B.A., Stanford University, 1976

Daniel F. Johnson, Partner

Daniel Johnson represents employees, consumers, and businesses in employment, consumer protection and civil rights cases. He has litigated many federal and state employment discrimination cases, wage and hour disputes, and contract and tort cases, as well as sexual assault, wrongful death, and public accommodations cases. He has helped recover millions of dollars for his plaintiff clients and helped win quick and economical resolution for his defense clients

Professional Honors and Affiliations
- Named "Super Lawyer" by Washington Law & Politics, 2010–present
- Named "Rising Star" by Washington Law & Politics Magazine, 2003–2008
- Member of Washington Employment Lawyer Association Board of Directors and Amicus Committee
- Chair of Washington State Bar Association Judicial Recommendation Committee
- 2007 pro bono award, Federal Bar Association Civil Rights Clinic
- Law clerk to U.S. District Judges Robert S. Lasnik and Carolyn R. Dimmick, 1997–1999

Education
- J.D., Boalt Hall School of Law, University of California at Berkeley, 1997

- B.A., Evergreen State College, Olympia, WA, 1990

Roger M. Townsend, Partner

Roger Townsend has been a respected complex litigation attorney in Seattle since 1995. Mr. Townsend has represented individuals and businesses in partnership, breach of contract, intellectual property, privacy rights, professional malpractice, shareholder, employment, non-compete, trade secret and related matters.

Mr. Townsend has been appointed class counsel in multiple class actions including, *In re: WSB Financial Group Securities Litigation*; *Barker v. Skype*; *Volkswagen Motor Company TDI litigation; MySpine, PS v. Allstate Insurance; MySpine, PS v. Hartford Insurance; Peck/Bowden v. Cingular / Riensche v. Cingular*; *Hesse/Olson v. Sprint*; *MySpine v. USAA; Sonosite, Inc. Shareholder Litigation; In Re Superclick, Inc. Shareholder Litigation; Daks v. Seabright Holdings, Inc. Et Al.; In Re Emeritus Corp. Shareholder Litigation*.

Professional Honors and Affiliations

- Named "Super Lawyer" by Washington Law & Politics, 2008–present
- "AV" rated by Martindale-Hubbell Peer Review (highest rating)
- AVVO rating: 10.0 (highest rating)
- Member, Bainbridge Island City Council
- Vice President, Federal Bar Association, Western District of Washington
- Assistant Director, Federal Bar Association Civil Rights Clinic
- Director, United States Courts' "Constitution Day", Western District of Washington
- Law Clerk to the Honorable William L. Dwyer, United States District Judge, Western District of Washington, 1996–1997
- Law Clerk to the Honorable Robert R. Beezer, United States Circuit Judge, Ninth Circuit Court of Appeals, 1997–1998

Education
- JD, Northwestern University School of Law, 1995
- BA, Wesleyan University, 1990