The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARRON McGLOTHIN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CTI BIOPHARMA CORP., JAMES A. BIANCO, and LOUIS A BIANCO,<br><br>  Defendants. | No. C16-216RSL<br><br>**CLASS ACTION** |
| WILLIAM AHRENS, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>CTI BIOPHARMA CORP, et al.,<br><br>  Defendants. | No. C16-796RSL<br><br>**CLASS ACTION** |

**STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES**

STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES
(Case No. 2:16-cv-00216-RSL)

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

Plaintiffs William Ahrens, Penelope Ahrens, and Darron McGlothin ("Plaintiffs"), and Lead Plaintiff movant DAFNA LifeScience, LP and DAFNA LifeScience Select, LP ("DAFNA"), hereby stipulate and agree to the following:

1. WHEREAS, on February 10, 2016, Plaintiffs William Ahrens and Penelope Ahrens filed a securities class action in the United States District Court for the Southern District of New York against Defendants CTI BioPharma Corp. ("CTI"), James A. Bianco, Louis A. Bianco, Bruce J. Seeley, Jack W. Singer, Phillip M. Nudelman, John H. Bauer, Karen Ignagni, Richard L. Love, Mary O. Mundinger, Frederick W. Telling, and Reed V. Tuckson ("Defendants"), *Ahrens v. CTI BioPharma Corp.*, No. 1:16-cv-01044-PAE ("*Ahrens*");

2. WHEREAS, on February 12, 2016, Plaintiff Darron McGlothin filed a substantially identical securities class action in the Western District of Washington against the Defendants, *McGlothin v. CTI BioPharma Corp.*, 2:16-cv-00216-RSL ("*McGlothin*");

3. WHEREAS, on May 19, 2016, the United States District Court for the Southern District of New York granted Defendants' unopposed motion to transfer *Ahrens* to the Western District of Washington and denied without prejudice the then-pending motions in *Ahrens* for appointment as lead plaintiff (ECF No. 49);

4. WHEREAS, *Ahrens* is now maintained in the Western District of Washington as *Ahrens v. CTI BioPharma Corp*, 2:16-cv-00796-JPD;

5. WHEREAS, the complaints filed in *Ahrens* and *McGlothin* are substantially identical; both actions are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), allege the same claims under the Securities Act of 1933 and the Securities Exchange Act of 1934, name the same Defendants, arise out of the same alleged misstatements and omissions regarding CTI's financial outlook and the drug "pacritinib," and seek alleged damages on behalf of purchasers of CTI securities during the same period of time;

6. WHEREAS, on April 11, 2016, DAFNA and two other movants filed motions for appointment as Lead Plaintiff in the *McGlothin* Action. Two additional movants filed notice in

STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES
(Case No. 2:16-cv-00216-RSL)                                    -1-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

1  the *McGlothin* Action of their motions for appointment as Lead Plaintiff in the *Ahrens* Action.
2  *See McGlothin*, ECF Nos. 4, 5, 7, 8, and 10.

3      7.    WHEREAS, the PSLRA provides that the Court shall first decide on
4  consolidation before appointing the lead plaintiff.  15 U.S.C. § 78u–4(a)(3)(B)(ii);

5      8.    WHEREAS, Defendants do not object to this consolidation motion;

**NOW THEREFORE, SUBJECT TO THIS COURT'S APPROVAL, PLAINTIFFS IN *MCGLOTHIN* AND *AHRENS* AND LEAD PLAINTIFF MOVANT DAFNA STIPULATE AND AGREE AS FOLLOWS:**

9.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any other pending, subsequently filed, removed, or transferred securities class actions that are related to the claims asserted in the above-captioned actions, should be consolidated for all purposes.

10.  The consolidated action shall be maintained under Master File No. 2:16-cv-00216-RSL with the following caption:

| IN RE CTI BIOPHARMA CORP. SECURITIES LITIGATION | Case No. C16-216RSL<br>Hon. Robert S. Lasnik<br>**CLASS ACTION** |
|---|---|

11.  Following the Court's Order appointing the Lead Plaintiff, counsel for the Lead Plaintiff and counsel for Defendants shall promptly confer to propose a schedule for submission of a consolidated complaint and for resolution of any motions to dismiss.

DATED: June 3, 2016        Respectfully Submitted,

*/s/ David R. Stickney*
David R. Stickney

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES
(Case No. 2:16-cv-00216-RSL)   -2-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

|    |                        |                                                                   |
|----|------------------------|-------------------------------------------------------------------|
| 1  |                        | David R. Stickney                                                 |
| 2  |                        | Rachel Felong                                                     |
|    |                        | 12481 High Bluff Drive, Suite 300                                 |
| 3  |                        | San Diego, CA 92130                                               |
| 4  |                        | Telephone: (858) 793-0070                                         |
|    |                        | Facsimile: (858) 793-0323                                         |
| 5  |                        | davids@blbglaw.com                                                |
| 6  |                        | rachel.felong@blbglaw.com                                         |
| 7  |                        | *Counsel for Lead Plaintiff Movants DAFNA*                        |
| 8  |                        | *LifeScience, LP and DAFNA LifeScience Select, LP*                |
| 9  |                        | */s/ Roger M. Townsend*                                           |
|    |                        | Roger M. Townsend                                                 |
| 10 |                        |                                                                   |
| 11 |                        | **BRESKIN JOHNSON & TOWNSEND PLLC**                               |
| 12 |                        | Roger M. Townsend, WSBA #25525                                    |
|    |                        | 1000 Second Avenue, Suite 3670                                    |
| 13 |                        | Seattle, WA 98104                                                 |
| 14 |                        | Tel: (206) 652-8660                                               |
|    |                        | Fax: (206) 652-8290                                               |
| 15 |                        | rtownsend@bjtlegal.com                                            |
| 16 |                        |                                                                   |
|    |                        | *Local Counsel for Lead Plaintiff Movants DAFNA*                  |
| 17 |                        | *LifeScience, LP and DAFNA LifeScience Select, LP*                |
| 18 |                        |                                                                   |
| 19 | DATED: June 3, 2016    | */s/ Lesley F. Portnoy*                                           |
|    |                        | Lesley F. Portnoy                                                 |
| 20 |                        |                                                                   |
| 21 |                        | **GLANCY PRONGAY & MURRAY LLP**                                   |
| 22 |                        | Lesley F. Portnoy (LP-1941)                                       |
|    |                        | 122 East 42nd Street, Suite 2920                                  |
| 23 |                        | New York, New York 10168                                          |
| 24 |                        | Telephone: (212) 682-5340                                         |
|    |                        | Facsimile: (212) 884-0988                                         |
| 25 |                        | lportnoy@glancylaw.com                                            |
| 26 |                        |                                                                   |
|    |                        | *Counsel for Plaintiffs William and Penelope Ahrens*              |

STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES
(Case No. 2:16-cv-00216-RSL)                -3-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

| | | |
|---|---|---|
| DATED: June 3, 2016 | | */s/ Jeremy Lieberman* |
| | | Jeremy Lieberman |

**POMERANTZ LLP**
Jeremy Lieberman
J. Alexander Hood II
Marc Gorrie
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Fascimile: (212) 661-8665
jalieberman@pomlaw.com ahood@pomlaw.com
mgorrie@pomlaw.com

-and-

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Fascimile: (312) 377-1184
pdahlstrom@pomlaw.com

**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
Clifford A. Cantor
627 208th Ave. SE
Sammamish, WA 98074-7033
Telephone: (425) 868-7813
Facsimile: (425) 868-7870
cliff.cantor@outlook.com

*Counsel for Plaintiff Darron McGlothin*

**IT IS SO ORDERED**

Dated: June 13, 2016.

*signature*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER CONSOLIDATING
CASES FOR ALL PURPOSES
(Case No. 2:16-cv-00216-RSL)                -4-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290