The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE CTI BIOPHARMA CORP
SECURITIES LITIGATION

No. C16-216-RSL

**CLASS ACTION**

RENEWED MOTION OF MOVANT
MEDICAL OPPORTUNITIES FUND
TO BE APPOINTED LEAD PLAINTIFF
AND TO APPROVE PROPOSED LEAD
PLAINTIFF'S CHOICE OF LEAD
COUNSEL

NOTING DATE: JULY 1, 2016

PLEASE TAKE NOTICE that IPConcept (Luxemburg) S.A. on behalf of apo Medical Opportunities ("Movant" or "Medical Opportunities Fund") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), for an Order: (a) appointing Movant to serve as lead plaintiff; and (b) approving Movant's selection of the law firm of Federman & Sherwood as Lead Counsel.

In support of this Motion, Movant submits a Memorandum of Law and a Declaration in Support contemporaneously herewith.  Movant also submits a Proposed Order annexed hereto.

RENEWED MOTION
(C16-216-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The attached motion was previously filed in the Southern District of New York on April 11, 2016.  By Order of Judge Paul A. Engelmayer dated May 19, 2016, the motion was denied without prejudice to its renewal before the transferee court.

DATED this 16th day of June, 2016.

FEDERMAN & SHERWOOD

By */s/ William B. Federman*
William B. Federman, OKSB #2853
*Admitted Pro Hac Vice*
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
E: wbf@federmanlaw.com
T: (405) 235-1560
F: (405) 239-2112

Proposed Lead Counsel for Plaintiff

KELLER ROHRBACK L.L.P.

By */s/ Juli E. Farris*
Juli E. Farris, WSBA #17593
1201 Third Avenue, Suite 3200
Seattle, WA 98101
E: jfarris@kellerrohrback.com
T: (206) 623-1900
F: (206) 623-3384

Attorney for Plaintiffs

RENEWED MOTION
(C16-216-RSL) - 2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2016.

/s/ Juli E. Farris
Juli E. Farris, WSBA #17593

RENEWED MOTION
(C16-216-RSL) - 3