The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE CTI BIOPHARMA CORP
SECURITIES LITIGATION

No. C16-216-RSL

**CLASS ACTION**

DECLARATION OF WILLIAM B.
FEDERMAN IN SUPPORT OF
RENEWED MOTION OF MOVANT
MEDICAL OPPORTUNITIES FUND TO
BE APPOINTED LEAD PLAINTIFF
AND TO APPROVE PROPOSED LEAD
PLAINTIFF'S CHOICE OF LEAD
COUNSEL

NOTING DATE: JULY 1, 2016

I, William B. Federman, declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to the Bars of the several states of Oklahoma, Texas, and New York and the United States District Court for the Southern District of New York and am admitted *pro hac vice* in this action.  I am a member of the law firm Federman & Sherwood, counsel for IPConcept (Luxemburg) S.A. on behalf of apo Medical Opportunities ("Movant" or "Medical Opportunities Fund") in the above referenced action.  I submit this declaration in support

FEDERMAN DECLARATION IN SUPPORT OF RENEWED
MOTION
(C16-216-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

of the Renewed Motion of Movant Medical Opportunities Fund to be Appointed Lead Plaintiff and Approve of Proposed Lead Plaintiff's Selection of Lead Counsel.

2.    Attached hereto as Exhibit A is a true and correct copy of the Certification of Investment of Medical Opportunities Fund.

3.    Attached hereto as Exhibit B is a true and correct copy of the Economic Loss Analysis for Movant's transactions in CTI BioPharma Corp. ("CTI BioPharma" or the "Company") securities.

4.    Attached hereto as Exhibit C is a true and correct copy of the *Business Wire* publication, issued by Glancy Prongay & Murray LLP, announcing that a securities class action suit had been filed.

5.    Attached hereto as Exhibit D is a true and correct copy of the firm resume for Federman & Sherwood.

6.    Attached hereto as Exhibit E is a true and correct copy of the Declaration of IPConcept (Luxembourg) S.A. dated May 6, 2016.

Dated: June 16, 2016                      Respectfully submitted,

/s/ William B. Federman
William B. Federman (WF9124)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

FEDERMAN DECLARATION IN SUPPORT OF RENEWED MOTION
(C16-216-RSL) - 2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2016.

*/s/ Juli E. Farris*
Juli E. Farris, WSBA #17593

FEDERMAN DECLARATION IN SUPPORT OF RENEWED
MOTION
(C16-216-RSL) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384