# EXHIBIT B

IPConcept S.A. (Luxemburg) on behalf of            CTI BioPharma Corp.
apo Medical Opportunites

Case 2:16-cv-00216-RSL    Document 33-2    Filed 06/16/16    Page 2 of 2

| Date | Shares Bought | Unit Price | Purchase Cost | Total Purchases | Date | Shares Sold | Unit Price | Proceeds | Total Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 9/24/2014 | 41,000 | $2.5427 | $104,250.70 | $1,488,644.80 | n/a | n/a | n/a | n/a | |
| 9/25/2014 | 41,000 | $2.5349 | $103,930.90 | | | | | | |
| 11/10/2024 | 20,000 | $2.1500 | $43,000.00 | | | | | | |
| 12/10/2014 | 31,000 | $2.4327 | $75,413.70 | | | | | | |
| 3/20/2015 | 54,000 | $1.9399 | $104,754.60 | | | | | | |
| 6/10/2015 | 17,000 | $2.0895 | $35,521.50 | | | | | | |
| 6/11/2015 | 36,000 | $2.0617 | $74,221.20 | | | | | | **Shares Bought** |
| 6/15/2015 | 67,000 | $2.0989 | $140,626.30 | | | | | | 890,400 |
| 7/29/2015 | 26,000 | $1.8900 | $49,140.00 | | | | | | |
| 8/25/2015 | 37,000 | $1.6507 | $61,075.90 | | | | | | **Shares Sold** |
| 9/24/2015 | 180,000 | $1.5895 | $286,110.00 | | | | | | 0 |
| 10/27/2015 | 158,400 | $1.2500 | $198,000.00 | | | | | | |
| 12/10/2015 | 75,000 | $1.0656 | $79,920.00 | | | | | | **Shares Retained** |
| 1/12/2016 | 107,000 | $1.2400 | $132,680.00 | | | | | | 890,400 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | **Value of Shares*** |
| | | | | | | | | | $480,816.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | **TOTAL LOSS** |
| | | | | | | | | | $1,007,828.80 |
| | | | | | | | | | |
| | | | | | | | | | |

* The value of the retained shares is based on the mean closing price ("Look-back Price") for the 90 day-period, which is $0.54 per share. See 15 U.S.C. 78u-4(e)(1).