# Exhibit C





# Glancy Prongay & Murray LLP Files Securities Class Action Lawsuit Against CTI BioPharma Corp.

February 10, 2016 07:49 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of persons or entities ("the Class") who purchased or otherwise acquired CTI BioPharma Corp. ("CTI" or the "Company") (NASDAQ: CTIC) securities pursuant and/or traceable to the Company's Registration Statement and Prospectus (collectively, the "Registration Statement") issued in connection with the Company's public offering on or about September 24, 2015 (the "Offering"); and/or (2) between March 4, 2014 and February 9, 2016, inclusive (the "Class Period).

If you are a member of the Class described above, you may move the Court no later than 60 days from the date of this notice to serve as lead plaintiff. Please contact Lesley Portnoy at 888-773-9224 or 310-201-9150, or at shareholders@glancylaw.com to discuss this matter.

CTI is a biopharmaceutical company which provides medical research services, and develops clinical treatment and drugs for various cancers. One of the Company's most advanced pipeline products was pacritinib, a treatment for myleofibrosis.

On February 8, 2016, pre-market, CTI disclosed that it had been alerted by the U.S. Food and Drug Administration (FDA) that the FDA had placed a partial hold on clinical studies of CTI's primary product, pacritinib. The FDA has recommended that CTI amend its procedures for randomized studies to disallow crossover to pacritinib, provide specific notifications, adjust certain statements in both the investigator's brochure and informed consent documents and other actions. Upon this news, CTI stock fell $0.68 per share, or over 60%, to close at $0.44 on February 8, 2016, on unusually heavy volume.

On February 9, 2016, the Company issued a press release announcing that the FDA had placed a full clinical hold on pacritinib, and required that all patients currently on pacritinib must discontinue pacritinib immediately. The Company further reported that it had withdrawn the new drug application for pacritinib. On this news the Company's shares fell 40%, or $0.20 per share, on February 10, 2016, on unusually heavy volume of over 15 million shares

The complaint alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) the detrimental effect on survival of pacritinib; (2) that the Company's clinical trials demonstrated deaths associated with pacritinib usage; (3) that the Company's new drug application for pacritinib would likely be withdrawn; (4) that, as such, the Company's future revenues were impaired; (5) that the company lacked adequate internal controls; and (6) that, as a result of the foregoing, the Company's financial statements and Defendants' statements about CTI Biopharma's business, operations, and prospects, were materially false and misleading at all relevant times.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, at (310) 201-9150, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay & Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com