# EXHIBIT E

## DECLARATION OF IPConcept (Luxembourg) S.A.

I, *IPConcept (Luxemburg) S.A. on behalf of the investment fund apo Medical Opportunities*, declare under penalty of perjury as follows:

1.    I am over the age of 21 and have personal knowledge of the matters stated herein.

2.    I am member of the executive board of IPConcept (Luxembourg) S.A., a 100% owned subsidiary of DZ PRIVATBANK S.A., one of the largest banks in the financial center of Luxembourg.

3.    Apo Asset Management GmbH and Medical Strategy GmbH are the fund managers of apo Medical Opportunities fund.

4.    Apo Medical Opportunities (the "Fund") is an open-end investment fund incorporated in Luxembourg. The Fund's objective is long-term capital appreciation. The Fund invests primarily in equities and other assets of companies from the health care sector.

5.    IPConcept (Luxemburg) S.A., in its function as Management Company (Verwaltungsgesellschaft) for the Fund, has full investment and legal authority to direct management and management of money on behalf of the Fund.

6.    On behalf of IPConcept (Luxemburg) S.A., I signed the attached Plaintiff's Certification of Investment of CTI BioPharma Corp. dated March 18, 2016 (the "Certification"). I did so acting as the legally authorized agent of IPConcept (Luxemburg) S.A., which was in turn acting as the legally authorized agent of apo Medical Opportunities.

7.    The investment decisions to purchase and/or sell the CTI BioPharma Corp. securities set forth in the attached Certification were made by Apo Asset Management GmbH and Medical Strategy GmbH under the supervision of IPConcept (Luxemburg) S.A.

8.     IPConcept (Luxemburg) S.A. has full power and authority to act in connection with investments made by the Fund.  This power and authority includes the power and authority to initiate and direct legal action on behalf of the Fund in connection with investments made by the Fund.

9.     IPConcept (Luxemburg) S.A. has the power and authority to initiate and direct legal action in connection with the transactions in CTI BioPharma Corp. securities set forth in the attached Certification.

Dated this 6 day of May, 2016.

_____
Nikolaus Rummler

_____
Michael Borelbach