The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CTI BIOPHARMA CORP.<br>SECURITIES LITIGATION | No. 2:16-cv-00216-RSL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R.<br>STICKNEY IN SUPPORT OF THE<br>OPPOSITION OF DAFNA<br>LIFESCIENCE, LP AND DAFNA<br>LIFESCIENCE SELECT, LP TO<br>MEDICAL OPPORTUNITIES FUND'S<br>RENEWED MOTION TO BE<br>APPOINTED LEAD PLAINTIFF**<br><br>NOTING DATE: JULY 1, 2016<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF DAVID R. STICKNEY ISO
OPPOSITION TO RENEWED MOTION
Case No. 2:16-cv-00216-RSL

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

I, David R. Stickney, declare as follows:

1.    I am a member in good standing of the bar of the State of California and I have been admitted to appear *pro hac vice* in this Action.  *See* ECF No. 15.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").   I submit this declaration in support of the Opposition filed by DAFNA LifeScience, LP and DAFNA LifeScience Select, LP (the "DAFNA Movants" or "DAFNA") to Medical Opportunities Fund's Renewed Motion to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Lead Counsel.

2.    Attached as Exhibit A is a true and correct copy of the Declaration of Howard Nurtman dated May 9, 2016, previously filed as ECF No. 44-1 in *Ahrens v. CTI BioPharma Corp.*, No. 1:16-cv-01044-PAE (S.D.N.Y.).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2016                      */s/ David R. Stickney*
                                          David R. Stickney

DECLARATION OF DAVID R. STICKNEY ISO
OPPOSITION TO RENEWED MOTION
Case No. 2:16-cv-00216-RSL                      -1-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.


*/s/ David R. Stickney*
DAVID R. STICKNEY

DECLARATION OF DAVID R. STICKNEY ISO
OPPOSITION TO RENEWED MOTION
Case No. 2:16-cv-00216-RSL

-2-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290