# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM AHRENS AND PENELOPE AHRENS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CTI BIOPHARMA CORP., JAMES A. BIANCO, LOUIS A. BIANCO, BRUCE J. SEELEY, JACK W. SINGER, PHILLIP M. NUDELMAN, JOHN H. BAUER, KAREN IGNAGNI, RICHARD L. LOVE, MARY O. MUNDINGER, FREDERICK W. TELLING, and REED V. TUCKSON, <br><br> Defendants. | Case No. 1:16-cv-01044-PAE |

**DECLARATION OF HOWARD NURTMAN IN RESPONSE TO THE OPPOSITION TO THE MOTION OF DAFNA LIFESCIENCE, LP AND DAFNA LIFESCIENCE SELECT, LP FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Howard Nurtman, declare as follows:

1. I am the Director of Compliance and Risk Management at DAFNA Capital Management, LLC ("DAFNA Capital"). DAFNA Capital, is a Delaware limited liability company that was formed in December 1999 and is registered with the Securities and Exchange Commission as an investment adviser. I have personal knowledge of the information in this declaration.

2. I submit this declaration in support of the motion for appointment of Lead Plaintiff Movants DAFNA LifeScience, LP ("DAFNA LifeScience") and DAFNA LifeScience Select, LP ("DAFNA Select") (together, the "DAFNA Movants").

3. I understand that the foreign entity IPConcept (Luxemborg) S.A. on behalf of apo Medical Opportunities has also moved to serve as Lead Plaintiff. In their filing to the Court in support of their motion, Medical Opportunities stated that the DAFNA Funds "appear to be [a] lawyer-driven group[], cobbled together for purposes of inflated [sic] their losses and thereby increasing their chances of being appointed as lead plaintiff." ECF No. 27. This is entirely false.

4. The DAFNA Movants have a relationship that long predates, and is unrelated to, this litigation.

5. The DAFNA Movants are both Master Funds of DAFNA Fund, L.P., which is a Delaware limited partnership that implements an event-driven, long/short investment strategy by investing in a diversified portfolio of public and private lifescience securities.

6. The DAFNA Movants both share the same general partner, which is DAFNA Capital.

7. The DAFNA Movants both also share the same investment manager, which is DAFNA Capital.

-1-

8. The DAFNA Movants both became Delaware domestic limited partnerships at the same time in December 2013.

9. Limited partnership interests in the DAFNA Movants were offered to investors at the same time and as part of the same offering.

10. The DAFNA Movants lost a substantial amount of money as a result of their investments in CTI, which they seek to recover through the vigorous litigation of this action.

11. The DAFNA Movants are motivated to pursue and secure the best possible recovery for themselves and the Class. To that end, if selected as Lead Plaintiffs, the DAFNA Movants will closely monitor and supervise counsel for the Class and actively participate in the litigation, including by responding to discovery, appearing for deposition, and regularly discussing the litigation with counsel for the Class.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of May, 2016.

_____
Howard Nurtman
Director of Complaince and Risk Management
DAFNA Capital Management, LLC