# Exhibit 1

The Honorable Robert. S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE CTI BIOPHARMA CORP SECURITIES LITIGATION | No. C16-216-RSL |
| | **CLASS ACTION** |
| | DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF MEDICAL OPPORTUNITIES FUND'S MEMORANDUM OF LAW IN REPLY TO THE OPPOSITION OF DAFNA LIFESCIENCE, LP AND DAFNA LIFESCIENCE SELECT, LP TO MEDICAL OPPORTUNITIES FUND'S RENEWED MOTION TO BE APPOINTED LEAD PLAINTIFF |
| | NOTING DATE: JULY 1, 2016 |

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT
OF MEDICAL OPPORTUNITIES FUND'S MOTION TO BE
APPOINTED LEAD PLAINTIFF

(Case No.: C16-216-RSL)

I, William B. Federman, declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to the Bars of the several states of Oklahoma, Texas, and New York and the United States District Court for the Southern District of New York and am admitted pro hac vice in this action.  I am a member of the law firm Federman & Sherwood, counsel for IPConcept (Luxemburg) S.A. on behalf of apo Medical Opportunities ("Movant" or "Medical Opportunities Fund") in the above referenced action.  I submit this declaration in support of Movant Medical Opportunities Fund's Memorandum of Law in Reply to the Opposition of DAFNA LifeScience, LP and DAFNA LifeScience Select LP to Medical Opportunities Fund's Renewed Motion to be Appointed Lead Plaintiff.

2.      Attached hereto as Exhibit A is a true and correct copy of the Economic Loss Analysis (Excluding Converted Common Stock) for Movant's transactions in CTI BioPharma Corp. ("CTI BioPharma" or the "Company") securities.

Dated: July 1, 2016                                         Respectfully submitted,


/s/ William B. Federman
William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
-and-
2916 Maple Ave., Ste. 200
Dallas, TX 75201
Telephone:  (214) 696-1100
wbf@federmanlaw.com

*Counsel for Movant Medical Opportunities Fund and Proposed Lead Counsel for Plaintiffs*

1

DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT
OF MEDICAL OPPORTUNITIES FUND'S MOTION TO BE
APPOINTED LEAD PLAINTIFF

 (Case No.: C16-216-RSL)

# Exhibit A

IPConcept S.A. (Luxemburg) on behalf of apo Medical Opportunites

CTI BioPharma Corp.

| Date | Shares Bought | Unit Price | Purchase Cost | Total Purchases | Date | Shares Sold | Unit Price | Proceeds | Total Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 9/24/2014 | 41,000 | $2.5427 | $104,250.70 | $1,290,644.80 | n/a | n/a | n/a | n/a | |
| 9/25/2014 | 41,000 | $2.5349 | $103,930.90 | | | | | | |
| 11/10/2024 | 20,000 | $2.1500 | $43,000.00 | | | | | | |
| 12/10/2014 | 31,000 | $2.4327 | $75,413.70 | | | | | | |
| 3/20/2015 | 54,000 | $1.9399 | $104,754.60 | | | | | | |
| 6/10/2015 | 17,000 | $2.0895 | $35,521.50 | | | | | | |
| 6/11/2015 | 36,000 | $2.0617 | $74,221.20 | | | | | | **Shares Bought** |
| 6/15/2015 | 67,000 | $2.0989 | $140,626.30 | | | | | | 732,000 |
| 7/29/2015 | 26,000 | $1.8900 | $49,140.00 | | | | | | |
| 8/25/2015 | 37,000 | $1.6507 | $61,075.90 | | | | | | **Shares Sold** |
| 9/24/2015 | 180,000 | $1.5895 | $286,110.00 | | | | | | 0 |
| 12/10/2015 | 75,000 | $1.0656 | $79,920.00 | | | | | | |
| 1/12/2016 | 107,000 | $1.2400 | $132,680.00 | | | | | | **Shares Retained** |
| | | | | | | | | | 732,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | **Value of Shares*** |
| | | | | | | | | | $395,280.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | **TOTAL LOSS** |
| | | | | | | | | | $895,364.80 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

* The value of the retained shares is based on the mean closing price ("Look-back Price") for the 90 day-period, which is $0.54 per share.  See 15 U.S.C. 78u-4(e)(1).