The Honorable Robert. S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE CTI BIOPHARMA CORP SECURITIES LITIGATION | No. C16-216-RSL |
| | **CLASS ACTION** |
| | MEDICAL OPPORTUNITIES FUND'S MEMORANDUM OF LAW IN RESPONSE TO MOTION TO STRIKE OF DAFNA LIFESCIENCE, LP AND DAFNA LIFESCIENCE SELECT, LP |
| | NOTING DATE: JULY 1, 2016 |

MEDICAL OPPORTUNITIES FUND'S MEMORANDUM
OF LAW IN RESPONSE TO MOTION TO STRIKE

(Case No.: C16-216-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

IPConcept (Luxemburg) S.A. on behalf of apo Medical Opportunities ("Movant" or "Medical Opportunities Fund"), submits this Memorandum of Law in Response to the Motion to Strike Medical Opportunities Fund's Reply to DAFNA's Opposition to Medical Opportunities Fund's Motion to be Appointed Lead Plaintiff, filed by DAFNA LifeScience, LP and DAFNA LifesScience Select, LP (collectively "DAFNA") (Dkt No. 40).

## I.    ARGUMENT

On June 16, 2016, Medical Opportunities Fund filed its Renewed Motion for Lead Plaintiff (Dkt. No. 32) (the "Motion").  In that Motion, Medical Opportunities Fund argued that it had the largest financial loss of any single lead plaintiff movant and that DAFNA faces unique arguments and defenses that Medical Opportunities Fund does not "based on its acquisition of the vast majority of its CTI Biopharma shares through conversions of its CTI Biopharma preferred common stock." Motion at 13-16.  On June 22, 2016, DAFNA filed its Opposition to Medical Opportunities Fund's Motion for Lead Plaintiff (Dkt. No. 34) (the "Opposition").  DAFNA argued, *inter alia*, that it is not subject to any unique defenses and that, in any event, Medical Opportunities Fund faces the same potential unique defenses DAFNA does.  Opposition at 4-9.  In other words, DAFNA suggested DAFNA's and Medical Opportunities Fund's situations are the same.  On July 1, 2016, Medical Opportunities Fund filed its Reply to DAFNA's Opposition (Dkt. No. 38) (the "Reply"), in which Medical Opportunities Fund responded to DAFNA's arguments by explaining that DAFNA's and Medical Opportunities Fund's situations are not the same.  More specifically, the Reply explained that, unlike Medical Opportunities Fund, all of DAFNA's claimed losses resulted from common shares that were converted from preferred CTI BioPharma Corp. ("CTI BioPharma," "CTI," or the "Company") shares to CTI common shares.  Reply at 1-6.

On July 6, 2016, DAFNA filed its Motion to Strike Medical Opportunities Fund's Reply (Dkt. No. 40) (the "Motion to Strike").  Contrary to DAFNA's arguments in its Motion to Strike, Medical

1

MEDICAL OPPORTUNITIES FUND'S MEMORANDUM
OF LAW IN RESPONSE TO MOTION TO STRIKE

(Case No.: C16-216-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

Opportunities Fund did not raise new arguments in its Reply but instead responded to DAFNA's claims that (1) DAFNA was not subject to unique defenses, and (2) Medical Opportunities Fund would be subject to the same defenses and to the same extent as DAFNA. Specifically, the Reply explained that, unlike Medical Opportunities Fund, DAFNA is subject to the unique defense that it suffered no damages from open market common stock purchases and/or lacks standing to prosecute claims on behalf of common stock purchasers. Reply at 1-6. The Reply additionally responded to DAFNA's other arguments by explaining that courts frequently decline to permit purchasers of one type of security to represent purchasers of other types of securities and that claims for preferred shares are not presently part of the lawsuit. Reply at 6-8.

## II.     CONCLUSION

For the reasons set forth above, Medical Opportunities Fund respectfully requests that the Court deny DAFNA's Motion to Strike.

Dated: July 11, 2016                              Respectfully submitted,

By: /s/ William B. Federman
William B. Federman, *Admitted Pro Hac Vice*
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
-and-
2916 Maple Ave., Ste. 200
Dallas, TX 75201
Telephone:  (214) 696-1100
wbf@federmanlaw.com

*Counsel for Movant Medical Opportunities Fund and Proposed Lead Counsel for Plaintiffs*

2

MEDICAL OPPORTUNITIES FUND'S MEMORANDUM
OF LAW IN RESPONSE TO MOTION TO STRIKE

(Case No.: C16-216-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900

By: */s/ Juli E. Farris*
Juli E. Farris, WSBA #17593
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
E: jfarris@kellerrohrback.com
T: (206) 623-1900
F: (206) 623-3384

*Local Counsel for Movant Medical Opportunities Fund and Proposed Liaison Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2016.

*/s/ William B. Federman*
William B. Federman

3

MEDICAL OPPORTUNITIES FUND'S MEMORANDUM
OF LAW IN RESPONSE TO MOTION TO STRIKE

(Case No.: C16-216-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900