The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CTI BIOPHARMA CORP.
SECURITIES LITIGATION

No. 2:16-cv-00216-RSL

**CLASS ACTION**

**NOTICE OF ADDITIONAL
AUTHORITY IN FURTHER SUPPORT
OF DAFNA'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF ITS SELECTION
OF LEAD COUNSEL**

NOTICE OF ADDITIONAL AUTHORITY
(Case No. 2:16-cv-00216-RSL)

At the conclusion of the August 25, 2016 hearing, the Court afforded leave for the movants to submit, without argument, any additional authority in support of their motions. Accordingly, proposed Lead Plaintiff DAFNA LifeScience, LP and DAFNA LifeScience Select, LP ("DAFNA") respectfully submits the following authorities:

*In re Forcefield Energy Inc. Sec. Litig.*, 2015 WL 4476345, at *4-5 (S.D.N.Y. July 22, 2015), attached as Exhibit A, supports the argument on pages 5-9 of DAFNA's Opposition to Medical Opportunities Fund's Renewed Motion to be Appointed Lead Plaintiff (ECF No. 34), that DAFNA's purchases of convertible preferred shares do not render it subject to "unique" defenses.

*Moomjy v. HQ Sustainable Maritime Indus., Inc.*, 2011 WL 4048796, at *1-2 (W.D. Wash. Sept. 12, 2011), attached as Exhibit B, supports the argument on page 5 of DAFNA's Motion for Appointment as Lead Plaintiff (ECF No. 8) that the PSLRA and Ninth Circuit precedent requires "proof" of a "unique defense," not speculation, to rebut the presumption in favor of the lead plaintiff movant with the largest financial loss.

Dated: August 29, 2016

Respectfully submitted,

By: */s/ Roger M. Townsend*

BRESKIN JOHNSON & TOWNSEND PLLC
ROGER M. TOWNSEND, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
rtownsend@bjtlegal.com

*Local Counsel for Proposed Lead Plaintiff DAFNA*

By: */s/David R. Stickney*
David R. Stickney (*pro hac vice*)

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

NOTICE OF ADDITIONAL AUTHORITY
(Case No. 2:16-cv-00216-RSL)

-1-

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com

*Counsel for Proposed Lead Plaintiff DAFNA and
Proposed Lead Counsel for the Class*

NOTICE OF ADDITIONAL AUTHORITY
(Case No. 2:16-cv-00216-RSL)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.


*/s/ David R. Stickney*
DAVID R. STICKNEY

NOTICE OF ADDITIONAL AUTHORITY
(Case No. 2:16-cv-00216-RSL)          -3-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1111 Third Avenue, Suite 2230
Seattle, WA 98101
Tel: (206) 652-8660 • Fax: (206) 652-8290