The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CTI BIOPHARMA CORP. SECURITIES LITIGATION | Case No. 2:16-cv-00216-RSL<br><br>Hon. Robert S. Lasnik<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR STAY OF PROCEEDINGS** |

STIPULATION AND PROPOSED ORDER
Case No. 2:16-cv-00216-RSL
-1-
BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

1. On November 8, 2016, Lead Plaintiffs, DAFNA LifeScience, LP and DAFNA LifeScience Select, LP ("DAFNA") and additional plaintiff Michael Li (with Lead Plaintiffs, "Plaintiffs") filed a Consolidated Class Action Complaint (ECF No. 65) (the "Complaint").

2. On January 9, 2017, Defendants filed motions to dismiss the Complaint (ECF No. 85), which remain pending.

3. On August 3, 2017, counsel for the Lead Plaintiffs and counsel for the CTI Defendants notified the Court that, following mediation and extensive negotiations, the Parties have reached an agreement to settle this class action and executed a confidential term sheet. The Parties are now preparing a detailed Stipulation of Settlement.

4. The Settlement is subject to Court approval pursuant to Fed. R. Civ. P. 23(e).

5. The Parties have agreed to submit, by September 1, 2017, their Stipulation of Settlement and Motion for Preliminary Approval.

6. In light of the foregoing, the Parties request a stay of the current proceedings before the Court, other than those relating to the resolution of the forthcoming motion for approval of the settlement.

**THEREFORE**, the Parties request that the Court enter an order:

1. Staying the current proceedings before the Court other than those relating to the resolution of the forthcoming motion for approval of the settlement.

2. Directing the Parties to submit by September 1, 2017 the Stipulation of Settlement and Motion for Preliminary Approval.

Dated: August 4, 2017                    Respectfully submitted,


By: /s/ Roger M. Townsend

Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104

STIPULATION AND PROPOSED ORDER
Case No. 2:16-cv-00216-RSL                -2-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 · Fax: (206) 652-8290

Tel: (206) 652-8660
Fax: (206) 652-8290
rtownsend@bjtlegal.com

*Local Counsel for Plaintiffs and the Class*

By: */s/ David R. Stickney*

David R. Stickney (*pro hac vice*)
Jonathan D. Uslaner (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff DAFNA and Additional Plaintiff Michael Li and Lead Counsel for the Class*

Dated: August 4, 2017

By: */s/ Jeffrey W. Kilduff*

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5383
jkilduff@omm.com

*Counsel for Defendants*

Dated: August 4, 2017

By: */s/ Thomas P. Swigert*

DORSEY & WHITNEY
50th South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
swigert.tom@dorsey.com

*Counsel for Underwriter Defendants*

STIPULATION AND PROPOSED ORDER
Case No. 2:16-cv-00216-RSL                -3-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Aug. 16, 2017

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 2:16-cv-00216-RSL
-4-

BRESKIN JOHNSON & TOWNSEND PLLC
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660 • Fax: (206) 652-8290