The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CTI BIOPHARMA CORP. SECURITIES LITIGATION

Case No. 2:16-cv-00216-RSL

NOTICE OF REVISION TO A DEFINED TERM IN STIPULATION AND AGREEMENT OF SETTLEMENT



BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

Lead Plaintiff, DAFNA LifeScience, LP and DAFNA LifeScience Select, LP ("DAFNA" or "Lead Plaintiff"), submits this Notice to inform the Court of a revision to a defined term in the Stipulation and Agreement of Settlement dated September 1, 2017. Lead Plaintiff submitted the Stipulation as Exhibit 2 to the pending Stipulated Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class (ECF No. 103) (the "Motion").

Following submission of the Stipulation, the Parties agreed to include CTI's insurers in the definition of "Defendants' Releasees," set forth in paragraph 1(r) of the Stipulation and paragraph 32 of the proposed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"). For ease of reference, attached hereto as Exhibit 1 are the relevant excerpts from the Stipulation and Notice reflecting the revision in red-line. In addition, attached hereto as Exhibit 2 is a substitute version of the Stipulation, including its attached proposed Notice.

The other exhibits to the Stipulation are not affected by this revision to the Stipulation. Therefore, if the Court grants the Motion, it may enter the proposed Preliminary Approval Order previously submitted to the Court on September 1, 2017.

Dated: September 18, 2017

Respectfully submitted,

By: /s/ Roger M. Townsend

Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
rtownsend@bjtlegal.com

*Local Counsel for Lead Plaintiff and the Settlement Class*

By: */s/ David R. Stickney*
David R. Stickney (*pro hac vice*)
By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff DAFNA and Additional Plaintiff Michael Li and Lead Counsel for the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Roger M. Townsend*
ROGER M. TOWNSEND



BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660