The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE CTI BIOPHARMA CORP.
SECURITIES LITIGATION

Case No. 2:16-cv-00216-RSL

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE
MOTION EXCEEDING PAGE LIMITS**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

1. In accordance with the Court's October 24, 2017 Order Preliminarily Approving Proposed Settlement and Providing for Notice (ECF No. 107), Lead Plaintiff's Motion for Final Approval of the Proposed Settlement, the Plan of Allocation and Lead Counsel's Request for Attorneys' Fees and Expenses is due to be filed by December 28, 2017.

2. Lead Plaintiff seeks leave to file on December 28, 2017, one motion, not to exceed 25 pages in length, that addresses in a single memorandum and in a non-duplicative manner all three matters to be considered at the final Settlement Hearing scheduled for February 1, 2018.

3. Lead Plaintiff has conferred with the Defendants, who do not oppose this request.

**THEREFORE**, the Parties request that the Court enter an order granting Lead Plaintiff leave to file a single motion not to exceed 25 pages in support of final approval of the proposed settlement, the plan of allocation, and Lead Counsel's request for attorneys' fees and reimbursement of expenses.

Dated: December 21, 2017

Respectfully submitted,

By: /s/ Roger M. Townsend
Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
rtownsend@bjtlegal.com

*Local Counsel for Lead Plaintiff DAFNA LifeScience, LP and DAFNA LifeScience Select, LP and the Settlement Class*

By: /s/ David R. Stickney
David R. Stickney (*pro hac vice*)
By: /s/ Jonathan D. Uslaner
Jonathan D. Uslaner (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

STIPULATION AND [PROPOSED] ORDER
(Case No. 2:16-cv-00216-RSL)

2

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff DAFNA and
Additional Plaintiff Michael Li and
Lead Counsel for the Settlement Class*

Dated: December 21, 2017

By: /s/ Ross. B. Galin

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5383
RGalin@omm.com

*Counsel for Defendants*

Dated: December 21, 2017

By: /s/ Thomas P. Swigert

DORSEY & WHITNEY
50th South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
swigert.tom@dorsey.com

*Counsel for Underwriter Defendants*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 2, 2018.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE